IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY RANSON,**

   *Plaintiff*,

v.                                              Case No.: 4:21cv392-MW/MAF

**FIRST NATIONAL BANK, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED** on December 2, 2021.

                                                 s/Mark E. Walker         
                                                 **Chief United States District Judge**